**Order entered October 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00522-CR

**PATRICK D. MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-18397-RJ**

## ORDER

The reporter's record, originally due July 20, 2018, was filed October 15, 2018. Missing from the record is State's Exhibit 67, a CD of medical records ordered sealed. We **ORDER** court reporter Kimberly Xavier to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 67 **WITHIN TEN DAYS** of the date of this order.

We **VACATE** our October 9, 2018 order that Kimberly Xavier not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; to the Dallas County Auditor's Office; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE